IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REEDHYCALOG UK, LTD. and REEDHYCALOG, LP | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 6:08-CV-325 PATENT CASE |
| DIAMOND INNOVATIONS INC. | § § § | |
| Defendant. | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

1A. Did ReedHycalog prove by a preponderance of the evidence that DI literally infringed any of the asserted claims of the ReedHycalog patents identified below?

1B. Did ReedHycalog prove by clear and convincing evidence that DI's infringement, if any, was willful?

Answer "Yes" or "No" as to each claim in column 1A. For each claim you answer "Yes" in column 1A, in column 1B answer "Yes" and "No." If you answer "No" in column 1A, do not answer the corresponding column 1B.

| | 1A (Literal Infringement) | 1B (Willful Infringement) |
|---|---|---|
| '137 Patent: | Yes | Yes |
| '098 Patent: | Yes | Yes |
| '447 Patent: | Yes | Yes |
| '662 Patent: | Yes | Yes |
| '640 Patent: | Yes | Yes |
| '033 Patent: | Yes | Yes |
| '326 Patent: | Yes | Yes |
| '308 Patent | Yes | Yes |
| '462 Patent: | Yes | Yes |

2. Did DI prove by clear and convincing evidence that all of the asserted claims of each of the ReedHycalog patents identified below are invalid as being anticipated?

   Answer "Yes" or "No" for each listed patent:

   '137 Patent:  No
   '098 Patent:  No
   '447 Patent:  No
   '662 Patent:  No
   '640 Patent:  No
   '033 Patent:  No
   '326 Patent:  No
   '308 Patent   No
   '462 Patent:  No

   Signed this 11th day of June, 2010

   _____
   JURY FOREPERSON