UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| (1) REEDHYCALOG UK, LTD., and <br> (2) REEDHYCALOG, LP, <br><br> Plaintiffs, <br><br> v. <br><br> (1) DIAMOND INNOVATIONS, INC., <br><br> Defendant. | Civil Action No. 6:08-cv-00325 <br><br><br> JURY DEMANDED |

### ORDER VACATING FINAL JUDGMENT AND PERMANENT INJUNCTION AND DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

The Court has considered the parties' Joint Motion for Vacating Final Judgment and Permanent Injunction Previously Entered by the Court in this Matter and Dismissing all Claims and Counterclaims with Prejudice, and hereby GRANTS the motion. Accordingly, all claims and counterclaims asserted in this case are hereby dismissed with prejudice, and the Court hereby vacates the following orders that were entered in this case:

1. Permanent Injunction (Dkt. No. 371) entered on August 12, 2010;

2. Final Judgment (Dkt. No. 372) entered on August 13, 2010; and

3. Bill of Costs (Dkt. No. 375) entered on August 30, 2010.

**So ORDERED and SIGNED this 20th day of January, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**